

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GARY WAYNE ANDERSON (#335142) | DOCKET NO. 15-CV-407; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| CLARENCE HALL, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED AND DISMISSED** with prejudice as frivolous and for failing to state a claim for which relief may be granted under 28 U.S.C. §1915A and §1915(e)(2)(b), *except for Plaintiff's false arrest claim against Clarence Hall,* for which service of process has been ordered [Doc. #15].

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 2nd day of July, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE